THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX REICHER, Appellant, *v.* HARRY C. HONECK, Warden of the City Prison, Respondent.

(Argued April 9, 1930; decided May 6, 1930.)

*William A. Blank* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Joseph T. Berry* and *Benjamin Millstein* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.